**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **CHANELLE T. LEWIS,** | § | **CIVIL ACTION** |
| | § | |
| **Plaintiff,** | § | **NUMBER: 2:25-CV-02095-JCZ-JVM** |
| | § | |
| **v.** | § | |
| | § | **SECTION: "A" (1)** |
| **FRANK BISIGNANO,** | § | |
| **COMMISSIONER OF SOCIAL** | § | |
| **SECURITY,** | § | |
| | § | |
| **Defendant.** | § | |

## JUDGMENT AND ORDER OF REMAND UNDER SENTENCE FOUR

Upon examination of Defendant's Unopposed Motion to Remand, and review of the file, the Court finds that judgment should be entered reversing the decision of the Commissioner and remanding this case to him for further administrative proceedings pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

Under 42 U.S.C. § 405(g), the Court has the authority to remand this case to the Commissioner for further proceedings. Upon remand, an Administrative Law Judge will offer the claimant the opportunity for a hearing, take further action to complete the administrative record, and issue a new decision.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

New Orleans, Louisiana, this __8th__ day of May, 2026.

_____
United States District Judge